IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re:<br><br>JOSEPH P. MOSCIARO<br>a/k/a Joe Mosciaro<br>f/d/b/a Joe Mosciaro Construction LLC<br>f/d/b/a Smooth Times<br>CYNTHIA J. MOSCIARO<br>a/k/a Cindy Mosciaro,<br><br>Debtors. | Case No. 20-21351-7 (RDB) |

MOTION TO REOPEN BANKRUPTCY CASE
OF DEBTORS JOSEPH P. MOSCIARO AND CYNTHIA J. MOSCIARO
AND FOR REAPPOINTMENT OF CHAPTER 7 TRUSTEE

Christopher J. Redmond, former Chapter 7 Trustee of the above-captioned bankruptcy case of Joseph P. Mosciaro and Cynthia J. Mosciaro, moves this Court for an Order, pursuant to 11 U.S.C. § 350(b), to reopen the bankruptcy case of Debtors herein and to reappoint the Chapter 7 Trustee. In support of this Motion, Christopher J. Redmond represents as follows:

1. On September 30, 2020, Joseph P. Mosciaro and Cynthia J. Mosciaro, filed their Voluntary Petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Kansas (Kansas City) ("Petition Date"), and the Chapter 7 case was assigned Case No. 20-21351.

2. On the Petition Date, Christopher J. Redmond was appointed as the Chapter 7 Trustee of the Debtors' bankruptcy case.

3. On the Petition Date, Debtors, Joseph P. Mosciaro and Cynthia J. Mosciaro, filed their Schedules and Statements declaring under penalty of perjury that they listed all of their assets and liabilities as of the Petition Date (Doc. #1).

4. Christopher J. Redmond, as Chapter 7 Trustee, administered certain assets in this

bankruptcy case for the benefit of the bankruptcy estate and creditors, including Debtors' 2019 federal tax refund in the amount of $4,069.00, an HSA through Optum Bank in the amount of $2,017.08 and the pro rata share portion of the Debtors' 2020 income tax refunds in the amount of $7,995.77.

5. On December 3, 2021, the Chapter 7 Trustee's Final Report was filed with the Court (Doc. #31), reflecting that the Trustee realized gross receipt of $14,081.85, requesting payment of administrative expense totaling $2,658.19, and proposing distribution upon nine (9) claims filed in the amount of $11,396.09, resulting in a proposed return of 4.4% on unsecured creditors' claims.

6. On January 3, 2022, an Order of Distribution was entered by the Court (Doc. #33) and distribution was made by the Trustee as outlined in the Trustee's Final Report and the Order of Distribution. The Chapter 7 Trustee's Final Account was filed on May 11, 2022 (Doc. #35) and the Final Decree was entered in this case on May 12, 2022 (Doc. #36) and the case was closed.

7. The Chapter 7 Trustee recently became aware of the following circumstances concerning the Debtors in this case:

   a. On or about October 7, 2021, Joseph Phillip Mosciaro filed a Petition for Divorce against Cynthia Jill Mosciaro in the District Court of Johnson County, Kansas. The divorce case was assigned Case No. 21CV04811 and such case is currently pending in Johnson County, Kansas, Division 14, with a Review Hearing scheduled for April 14, 2023, at 10:30 a.m.

   b. On or about May 23, 2022, a Petition for Determination of Descent was filed by Laura Way Calwell, in the Probate Section of the District Court of

Johnson County, Kansas, entitled In the Matter of the Estate of Michael Newlin Calwell, Deceased, Case No. 22PR547. Pursuant to the Probate Court's findings in the Decree of Descent entered on June 22, 2022, the Probate Section of the District Court of Johnson County, Kansas, found as follows:

    i. Michael Newlin Calwell ("Decedent") died in Jackson County, Missouri on June 21, 2019. At the time of his death, Decedent was a resident of Mission, Johnson County, Kansas.

    ii. Cynthia Calwell Mosciaro is the adult daughter of the Decedent.

    iii. Decedent owned real property at the time of his death in Johnson County, Kansas, commonly known as 5610 W. 61st Terrace, Mission, Kansas 66202 ("Real Property").

    iv. Pursuant to the Decree of Descent, Decedent's Real Property, any other real property and Decedent's personal property, after payment of fees, expenses and costs and subject to lawful disposition previously made, was assigned and distributed 50% to Cynthia Calwell Mosciaro, as daughter to the Decedent and 50% to the Decedent's spouse.

A true and accurate copy of the Decree of Descent entered by the Court is attached hereto and incorporate herein as Exhibit "A."

8. 11 U.S.C. § 350(b) provides as follows:

(b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

9. Decedent, Michael Newlin Calwell, father of Cynthia Calwell Mosciaro, died on June 21, 2019. The Debtors bankruptcy case was not filed until September 30, 2020. On the Petition Date, the Debtor, Cynthia Calwell Mosciaro, had an interest in her father's estate and the bankruptcy estate is entitled to recovery of Debtor's interest in her father's estate for the benefit of the Debtors' unsecured creditors.

10. The Trustee has become aware of allegations that that on or about June 23, 2022, the Real Property was sold and Debtor, Cynthia Calwell Mosciaro, received a check for her 50% interest in the sale proceeds from the Real Property in an amount of $107,615.40.

11. The Schedules filed in the Debtors' bankruptcy case do not reflect the Debtors' interest in the above-referenced probate proceeding, nor has there been any disclosure by Debtor, Cynthia Calwell Mosciaro, with respect to any funds that she has received due to her interest in Real Property of her father's probate estate.

12. That this Chapter 7 bankruptcy case should be reopened for administration of any assets relating to the Debtor Cynthia Calwell Mosciaro's inheritance from her father.

13. Christopher J. Redmond requests that he be reappointed as the Chapter 7 Trustee of this case.

WHEREFORE, the former Chapter 7 Trustee, Christopher J. Redmond, of the above-captioned case, respectfully requests an Order of this Court reopening the bankruptcy estate of Debtors, Joseph P. Mosciaro and Cynthia J. Mosciaro, under Case No. 20-21351, that Christopher J. Redmond be reappointed as the Chapter 7 Trustee and for such other and further orders as the Court deems just and proper.

DATED this 12th day of April, 2023

        Respectfully Submitted:

        *s/ Christopher J. Redmond*
        CHRISTOPHER J. REDMOND, KS BAR #07307
        REDMOND LAW FIRM LLC
        South Creek Office Park
        13220 Metcalf Ave., Suite 310
        Overland Park, KS 66213
        Telephone: 913-379-1100
        Fax: 913-379-1109
        christopher.redmond@christopherredmondlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2023, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

__X__ upon filing, the CM/ECF system sent notification to:

U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

Chris M. Troppito on behalf of Debtor Joseph P. Mosciaro
cmt@troppitomiller.com, as@troppitomiller.com, rdk@troppitomiller.com

Lindsey M. Wyatt on behalf of Debtor Joseph P. Mosciaro
lindsey@kentnerwyatt.com, r58901@notify.bestcase.com, shannon@tfpokc.com

Lindsey M. Wyatt on behalf of Debtor Cynthia J. Mosciaro
lindsey@kentnerwyatt.com, r58901@notify.bestcase.com, shannon@tfpokc.com

Pamela R Putnam on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper
pputnam@atllp.com, BKdeptmailbox@atllp.com

and, any and all other parties, if any, participating in the CM/ECF system in this matter, as evidenced by the receipt generated at the time of the filing of this document; and

__X__ by United States Mail, postage prepaid and properly addressed to the following:

**Joseph P. Mosciaro**
5937 Dearborn Street, #201
Mission, KS 66202

**Cynthia J. Mosciaro**
6723 Cottonwood Dr.
Shawnee, KS 66216

*s/ Karen Shackelford*