IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re:<br><br>JOSEPH P. MOSCIARO<br>a/k/a Joe Mosciaro<br>f/d/b/a Joe Mosciaro Construction LLC<br>f/d/b/a Smooth Times<br>CYNTHIA J. MOSCIARO<br>a/k/a Cindy Mosciaro,<br><br>            Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 20-21351-7 (RDB)<br>)<br>)<br>)<br>) |

MOTION TO REOPEN BANKRUPTCY CASE
OF DEBTORS JOSEPH P. MOSCIARO AND CYNTHIA J. MOSCIARO
AND FOR REAPPOINTMENT OF CHAPTER 7 TRUSTEE

# Exhibit "A"

# Decree of Descent
# entered by the Probate Court of
# Johnson County, Kansas
# on June 22, 2022

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
PROBATE SECTION

| | | |
|---|---|---|
| In the Matter of the Estate of | ) | No. 22PR547 |
| | ) | Division No. 8 |
| **MICHAEL NEWLIN CALWELL,** | ) | |
| **Deceased** | ) | Chapter 59 Proceeding |

**TITLE TO REAL ESTATE INVOLVED**

**DECREE OF DESCENT**

On June 22, 2022, comes on for hearing the Petition for Determination of Descent filed by Laura Way Calwell.

The petitioner appears by and through her attorney of record, David C. Kirk. There are no other appearances.

After examining the files, hearing the evidence, statements and arguments of counsel and being duly advised in the premises, the Court finds as follows:

1. Due diligence has been exercised in the search for names, ages, relationships, residences and address of heirs.

2. Notice of this hearing has been given as required by law and the order of this Court and proof thereof has been duly filed and is hereby approved.

3. The allegations of the petition are true.

4. The terms of the Servicemembers' Civil Relief Act of 2003, as amended, have been complied with as to any interested person or persons who are in the service of the United States or its allies.

*Clerk of the District Court, Johnson County Kansas*
*06/22/22  10:40am SF*

5. Michael Newlin Calwell, died in Jackson County, Missouri, on June 21, 2019; more than six months have expired since the date of death; at the time of death decedent was a resident of Mission, Johnson County, Kansas, and a citizen of the United States.

6. No petition has been filed for the probate of the Will of the decedent nor has administration commenced in this state.

7. The names, ages, relationships, residences and addresses of the heirs of the decedent, who under the laws of intestate succession are entitled to the Estate and their respective proportions, so far as known or can with reasonable diligence be ascertained, are:

| | | |
|---|---|---|
| **Laura Way Calwell**<br>5610 W. 61st Terrace<br>Mission, KS 66202 | **Spouse** | **Adult** |
| **Cynthia Calwell Mosciaro**<br>6723 Cottonwood Drive<br>Shawnee, KS 66213 | **Daughter** | **Adult** |
| **Todd William Calwell**<br>Predeceased/No issue<br>DOD 04/12/2016 | **Son** | **Adult** |

8. The decedent had no spouse, children, issue of deceased children, or other heirs who survived other than the persons above named.

9. At the time of his death, Michael Newlin Calwell, owned the following described real estate situated in Johnson County, Kansas:

**An undivided one-half interest in:**

**All that part of Lots 17 and 18, Block 1, COUNTRYSIDE, a subdivision in Johnson County, Kansas, described as follows:**

Beginning at a point in the Southerly line of said Lot 18, which point is 13.17 feet Easterly of, measured along the Southerly line, the Southwest corner thereof; thence Northwesterly a distance of 181.46 feet to a point in the Northerly line of said Lot 18, which point is 10 feet Easterly of, measured along the Northerly line, the Northwest corner of said Lot 18; thence Westerly along the Northerly line of said Lot 18, a distance of 10 feet to the Northwest corner thereof; thence Westerly along the Northerly line of Lot 17, a distance of 68 feet; thence Southeasterly a distance of 188.67 feet to a point in the Southerly line of Lot 17, which point is 30 feet Easterly of, measured along the Southerly line, the Southwest corner of Lot 17; thence Easterly along the Southerly line of said Lots 17 and 18, a distance of 108 feet to the point of beginning.

**Commonly known as: 5610 W. 61st Terrace, Mission, Kansas 66202**

10. There are no estate or inheritance taxes due.

11. The Kansas real estate described above and all of the personal property remaining in the hands of the petitioner after payment of fees, expenses and costs and subject to any lawful disposition previously made should be assigned and distributed as follows:

| | | |
|---|---|---|
| **Laura Way Calwell** | **Spouse** | **One-Half** |
| **Cynthia Calwell Mosciaro** | **Daughter** | **One-Half** |

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED:

(A) The above findings are hereby made a part of the order and decree of this Court.

(B) The title to all interest of Michael Newlin Calwell, deceased, in and to the real estate above described and all other Kansas real estate and personal property owned by the decedent at death on June 21, 2019, descended from decedent to decedent's heirs at law pursuant to the laws of intestate succession in the following proportions:

*Clerk of the District Court, Johnson County Kansas*
*06/22/22 10:40am SF*

3

Case 20-21351    Doc# 39-1    Filed 04/12/23    Page 4 of 5

| | | |
|---|---|---|
| **Laura Way Calwell** | **Spouse** | **One-Half** |
| **Cynthia Calwell Mosciaro** | **Daughter** | **One-Half** |

and the title thereto is assigned to said heirs as of the date of death, subject to any lawful disposition heretofore made.

IT IS SO ORDERED.

/s/ CHARLES DROEGE
Dated: 06/22/22

---
JUDGE

Submitted by:

/s/ David C. Kirk
---
David C. Kirk, KS Bar #17608
8000 Foster
P.O. Box 13304
Overland Park, KS 66282
Phone: 913/940-7600
Fax: 913/642-5860
Dkirk121@yahoo.com
Attorney for Petitioner